UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                              CASE NO. 19-17744-JGR
IOMMI, ALLEN

IOMMI, ANGIE                                                 CHAPTER 13

                 DEBTOR(S)

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

The Standing Chapter 13 Trustee moves to dismiss the case based on the following:

1. The Debtor(s) failed to make the payments required by the Plan.

    A. The Plan and/or current modified Plan requires the Debtor(s) to pay the current sum of $1,517.00 per month.

    B. The total paid into the Plan through July 15, 2020 is $12,013.00, the last payment having been received by the Trustee on May 27, 2020.

    C. Payment of $3,034.00 is required to be current through July 15, 2020.

2. The Debtor(s) failure to comply with the requirements for relief under Chapter 13, Title 11, United States Code is prejudicial to creditors.

    WHEREFORE, the Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307.


Dated: July 15, 2020                                             By: /s/ Karen Perse
                                                                                                 Karen Perse
                                                                                                 *for* Douglas B. Kiel, Chapter 13 Trustee
                                                                              7100 E Belleview Ave Suite 300
                                                                              Greenwood Village, Co 80111
                                                                              (720) 398-4444

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                                            CASE NO. 19-17744-JGR
IOMMI, ALLEN

IOMMI, ANGIE                                                  CHAPTER 13

                 DEBTOR(S)

NOTICE OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

OBJECTION DEADLINE: <u>August 5, 2020</u>

YOU ARE HEREBY NOTIFIED that Douglas B. Kiel, Chapter 13 Trustee, has filed a Chapter 13 Trustee's Motion to Dismiss with the bankruptcy court and requests the following relief:

<u>Trustee seeks dismissal of the Chapter 13 case due to non-payment.</u>

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: July 15, 2020                                                       By: <u>/s/ Karen Perse</u>
                                                                                      Karen Perse
                                                                                      *for* Douglas B. Kiel, Chapter 13 Trustee
                                                                                      7100 E Belleview Ave Suite 300
                                                                                      Greenwood Village, Co  80111
                                                                                      (720) 398-4444

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:      CASE NO. 19-17744-JGR
IOMMI, ALLEN

IOMMI, ANGIE      CHAPTER 13

DEBTOR(S)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Chapter 13 Trustee's Motion to Dismiss , and Notice of Chapter 13 Trustee's Motion to Dismiss was placed in the U.S. Mail, postage pre-paid, on July 15, 2020.

| | |
|---|---|
| ALLEN IOMMI<br>ANGIE IOMMI<br>4151 S OURAY CT<br>AURORA, CO  80013 | CAVALRY SPV I LLC<br>500 SUMMIT LAKE DR STE 400<br>VALHALLA, NY  10595 |
| JANEWAY LAW FIRM PC<br>ALISON L BERRY ESQ<br>9800 S MERIDIAN BLVD STE 400<br>ENGLEWOOD, CO  80112 | PHH MORTGAGE (COS)<br>1 MORTGAGE WAY MAIL STOP SV-22<br>MOUNT LAUREL, NJ  08054 |

Notice by Electronic Transmission was sent to the following persons/parties:

ACCURATE LEGAL SERVICES LLC

DATED: July 15, 2020      /s/ Madison Mills
     Madison Mills