Fill in this information to identify your case

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

| Debtor 1: | ALLEN | | IOMMI | Case #: | 19-17744-JGR |
|-----------|-------|-------------|-----------|---------|--------------|
| | First Name | Middle Name | Last Name | | |

| Debtor 2: | ANGIE | | IOMMI | Chapter: | 13 |
|-----------|-------|-------------|-----------|----------|-----|
| | First Name | Middle Name | Last Name | | |

## MOTION TO MODIFY CHAPTER 13 PLAN

### Part 1   Motion

The Debtor(s), by and through counsel Todd G. Tallerday, moves for an Order Modifying Confirmed Chapter 13 Plan, and states the following in support:

1. Debtor filed a Chapter 13 Bankruptcy on September 6, 2019.  Debtor's Chapter 13 Plan was confirmed on January 13, 2020.

2. On July 15, 2020, chapter 13 trustee Douglas B. Kiel filed a Motion to Dismiss Case for Debtors alleged failure to timely make chapter 13 plan payments.

3. Debtor's failure to timely make chapter 13 plan payments is due to complications arising from the covid-19 crisis which impacted Debtor's ability to remain current in payment obligations.

4. Debtor is filing a First Modified Chapter 13 Plan, which makes the following changes to Debtor's confirmed Plan:

   a. Plan distribution to creditor PHH Mortgage Corporation is increased to fully provide for creditor's Proof of Claim, including post-petition fees and expenses.

5. Debtor is filing a First Modified Chapter 13 Plan, and Notice pursuant to L.B.R. 9013-1.

6. Debtor's First Modified Chapter 13 Plan does not adversely affect any creditor or party in interest.

7. All creditors who have timely filed proofs of claim have been notified pursuant to L.B.R. 9013-1.

WHEREFORE, Debtor respectfully requests that the Court enter an Order Modifying Confirmed Chapter 13 Plan.

### Part 2   Signature of Debtor's Attorney

Dated:                July 28, 2020

By:                 */s/ Todd G. Tallerday*
Todd G. Tallerday
P70844 *(Michigan attorney registration number)*
621 17th Street, Suite 1101
Denver, CO  80293
Phone: (303) 656-6354
Fax: (303) 223-3340
ttallerday@gmail.com