# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE: 19-17744-JGR |
| ALLEN IOMMI<br>ANGIE IOMMI | CHAPTER 13 |
| **Debtors** | |

## TRUSTEE'S OBJECTION TO MODIFICATION OF CONFIRMED PLAN

The Standing Chapter 13 Trustee hereby files his Objection to Modification of Chapter 13 Plan and as grounds therefor states as follows:

1. Debtors are $1,635 delinquent on plan payments under the terms of the Modified Plan. Debtors' last plan payment was received by Trustee on May 27, 2020. Debtors should resume and be current on plan payments before a modification is approved. 11 U.S.C. §§ 1325(a)(3) and (6).

The Trustee reserves the right to amend his objection and to report on the Debtors' payment history at the hearing on his Objection.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny the Motion for Post Confirmation Modification and for any further relief as is just.

Dated: August 27, 2020        Respectfully submitted,

/s/ Michael Edlen
Michael Edlen, #49579
Attorney For Douglas B. Kiel, Chapter 13 Trustee
7100 E Belleview Ave, Suite 300
Greenwood Village, Co 80111
(720)398-4444
medlen@denver13.com

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the above Trustee's Objection to Modification of Confirmed Plan was noticed by Electronic Transmission to the following persons/parties:

ACCURATE LEGAL SERVICES LLC

/s/ Michael Edlen
_____